# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECA LAWRENCE,<br>      Plaintiff,<br><br>      v.<br><br>MEDTRONIC,<br>      Defendant. | CV 16-7289 DSF (ASx)<br><br>JUDGMENT |

The Court having granted a motion for summary judgment in favor of Defendant,

IT IS ORDERED AND ADJUDGED that Plaintiff take nothing, that the action be dismissed with prejudice, and that Defendant recover costs of suit pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920.

Date: 5/7/18

                                       Dale S. Fischer
                                       United States District Judge